UNITED STATES v. STAPLETON. SAME v. EDWARDS. SAME v. FOWLKES. SAME v. DILLON. SAME v. MERRITT. SAME v. BURNEY. SAME v. DOUGLASS. SAME v. LOWENSTEIN. SAME v. BUFF. SAME v. CUNNINGHAM. SAME v. LOWRY. SAME v. JONES. SAME v. SMITH. SAME v. MARTIN. SAME v. BELL. SAME v. PUCKETT. SAME v. ELGLISH. SAME v. JACKSON. (Circuit Court of Appeals, Fifth Circuit. January 27, 1903.) Nos. 702–719. In Error to the District Court of the Unit-

ed States for the Northern District of Alabama. J. Ward Gurley, for the United States. James E. Zant, for defendants in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The parties in the above 18 cases having stipulated that the same order should be made therein as in No. 701, United States v. Mc-Crory, 119 Fed. 861, therefore, in accordance with the opinion in the last-named case, this day handed down, the judgment of the District Court in each of said cases is reversed, and said causes are remanded to said District Court, with directions to dismiss them; and it is so ordered.